■ In the Matter of RICHARD HARGRAVES, Petitioner, v WILLIAM G. BORG-HARD, as Commissioner of the Department of Environmental Facilities of the County of Westchester, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Westchester County Department of Environmental Facilities, dated March 11, 1981, which, after a hearing, found petitioner guilty of certain misconduct and terminated his employment. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The respondent commissioner's determination was supported by substantial evidence (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Titone, J. P., Weinstein, O'Connor and Rubin, JJ., concur.

■ In the Matter of KEVIN M. MOORE, Respondent, v JOANNE M. MOORE, Appellant. — In a proceeding brought by petitioner to obtain custody of the parties' infant son, Joanne Moore appeals from an order of the Family Court, Dutchess County (Bernhard, J.), dated July 13, 1981, which granted her application for a counsel fee to the extent of awarding her $300. This appeal brings up for review so much of a further order of the same court, dated August 24, 1981, as, upon reargument, adhered to the original decision. Appeal from the order dated July 13, 1981 dismissed as academic, withouts costs or disbursements. That order was superseded by the order granting reargument. Order dated August 24, 1981 affirmed insofar as reviewed, without costs or disbursements. No opinion. Titone, J. P., Weinstein, O'Connor and Rubin, JJ., concur.